IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

HUBERT W. MARTIN, KAREN FARMER,
and MATTHEW WILLIAMS                                                                    PLAINTIFFS

v.                          Case No. 2:18-cv-00176-KGB

LISA JULIAN, individually; BLAKE
HUDSON, individually; GILL
BRAZEALE, individually; and KEITH
WEAVER, individually                                                                     DEFENDANTS

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiffs Hubert W. Martin, Karen Farmer, and Matthew Williams' claims are dismissed.

So adjudged this the 19th day of December, 2019.

_____
Kristine G. Baker
United States District Judge