**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| **HUBERT W. MARTIN, KAREN FARMER,** <br> **and MATTHEW WILLIAMS** | **PLAINTIFFS** |
| **V.**  CASE NO:2:18-cv-176-KGB | |
| **LISA JULIAN, individually, BLAKE HUDSON,** <br> **Individually, GILL BRAZEALE, Individually,** <br> **and KEITH WEAVER, Individually** | **DEFENDANTS** |

NOTICE OF APPEAL

Notice is hereby given that Hubert W. Martin, Karen Farmer, and Matthew Williams, plaintiffs in the above named case, hereby appeal to the United States Courts of Appeal for the Eighth Circuit from the final judgment entered in this action on the 13th day of October 2020.

    Respectfully submitted for
    plaintiffs herein

    */s/ Morris W. Thompson*

    Morris W. Thompson, ABN#80145
    Morris W. Thompson Law Firm, P.A.
    P.O. Box 662
    Little Rock, AR 72203
    (501)661-8100
    Fax: 372-4101
    mwthompsonlaw@sbcglobal.net

CERTIFICATE OF SERVICE

I, the undersigned attorney for the Plaintiffs, hereby, certify that on the 2nd day of November,  I electronically filed the foregoing with the Clerk of the Court using the CM/ECF

system, which will provide notification of the filing to all counsel of record.

| | |
|---|---|
| C. Burt Newell<br>C. Burt Newell, Attorney at Law<br>P. O. Box 1620<br>Hot Springs, AR 71902-162<br>Fax: (501) 624-0533<br>Email: burt@hotspringslaw.net | Jason E. Owens<br>Jason Owens Law Firm, PA<br>P. O. Box 850<br>Conway, AR 72033-0850<br>Fax: (501) 764-9173<br>email: owens@jowenslawfirm.com |

/s/ Morris W. Thompson
Morris W. Thompson