U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOA SUPPLEMENT

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

Date: 11/02/2020

**Caption:** Martin et al v. Julian et al

**Case No.:** 2:18-cv-00176-KGB

**Appellant:** Hubert W Martin, Karen Farmer, and Matthew Williams

**Appellant's Attorney(s):** Morris W. Thompson

**Appellees:** Lisa Julian, Blake Hudson, Gill Brazeale, and Keith Weaver

**Appellee's Attorney(s):** C. Burt Newell and Jason E. Owens

**Court Reporter(s):** N/A

**Name of Person who prepared appeal:** Abby Temple, 501-604-5351

| Length of Trial (# of days) | Fee Paid? Y/N: | IFP Granted? Y/N | Pending IFP Motion Pending? Y/N |
|---|---|---|---|
| N/A | N | N | N |

| Counsel Retained/Appointed/Pro Se | Pending Motions? Y/N |
|---|---|
| Retained | N |

**CRIMINAL CASES ONLY:**

**Is defendant incarcerated?** _____

**Where?** _____
**Address of Defendant:** _____

**Please list all other defendants in this case if there were multiple defendants:**
_____

**Special Comments:** _____