```
Court Name: EASTERN DISTRICT OF ARKANSAS
Division: 4
Receipt Number: LIT079638
Cashier ID: bmdun1
Transaction Date: 11/06/2020
Payer Name: MORRIS THOMPSON LAW FIRM PA
-------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: MORRIS THOMPSON LAW FIRM PA
 Case/Party: D-ARE-2-18-CV-000176-001
 Amount:         $505.00
-------------------------------------
CHECK
 Check/Money Order Num: 4454
 Amt Tendered: $505.00
-------------------------------------
Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:      $0.00


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $53 fee will
be charged for a returned check."
```

**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

NOV 0 6 2020

JAMES W. McCORMACK, CLERK
By: _____
                          DEP CLERK